**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ANTHONY JO EDWARDS** | **CASE NO. 2:21-CV-00560** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JIM LEWIS ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Remand as to his Federal Claims are **DENIED** and **DISMISSED** on the basis of prescription. As to Plaintiff's Motion to Remand state law claims, this Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Pursuant to FED. R. CIV. P. 12(B)(6) filed by Defendants is hereby **GRANTED** as to the federal claims, and those claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of August 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE